UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                    Case No. 09-cr-96-01-SM

<u>Serge Eric Bayard</u>


ORDER

Re: Document No. 7, MOTION for Self-Representation, for the Court to Order His Immediate Arraignment, and to Find the Government in Contempt of Court for Intentional Violations of The Speedy Trial Act, and for the Court Order to Provide Witnesses' Statements pursuant to 18 U.S.C. § 3500 (B).

Ruling: Granted to the extent the court has considered defendant's pleading as filed on a pro se basis, but otherwise the relief requested is denied, without prejudice to seeking later relief should defendant be entitled to it.  Defendant should carefully consider the points made in the government's objection and fully comply with the Interstate Agreement on Detainers' requirements if he seeks relief thereunder.

                                                  Steven J. McAuliffe
                                                  Chief Judge

Date: June 18, 2009

cc:  Jessica Brown, Esq.
     Donald Feith, AUSA
     Serge Eric Bayard
     U.S. Marshal
     U.S. Probation